IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Adam Tyrone Davis
Name under which you were convicted

211952
Your prison number

vs.

Cynthia Stewart
Name of Defendant(s)

CIVIL ACTION NO. 19-cv-1126-KD-B
(To be supplied by Clerk of Court)

FILED DEC 23 '19 PM 2:37 USDC ALS

Holman P.o.box 3700 Atmore, Al 36503
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim <u>and</u> shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant <u>and</u> of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $400.00 <u>filing fee</u>, or a motion to proceed without prepayment of fees if you are unable to afford the <u>filing</u> fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a <u>partial</u> filing fee when your complaint is filed, you will be required to pay an <u>amount</u>, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> <u>handwritten</u> or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading <u>must</u> be <u>signed</u> by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence <u>shall</u> be sent to the Court for filing or storing.

I. <u>PREVIOUS LAWSUITS</u>.

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____ N/A _____

   Defendants: _____ N/A _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____ N/A _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

II. YOUR PRESENT COMPLAINT

A. Place or institution where action complained of occurred: <u>Holman Correctional Facility</u>

B. Date it occurred: <u>August 31, 2019</u>

C. Is there a prisoner grievance procedure in this institution? <u>unsure</u>

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

E. If your answer is YES:

1. What steps did you take? <u>N/A</u>

2. What was the result? <u>N/A</u>

F. If your answer is NO, explain why not: <u>I'm not even sure they have one</u>

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On August 31, 2019 around 1:30am myself & Arnold Frank had a misunderstanding that resulted in me being stabbed twice in the head, once in the neck, twice in the ear, once in the shoulder, and once in the left thigh. Needless to say there had been no security inside of D-dorm other than the head counts that were conducted on the night of August 30, 2019. After several inmates broke up the incident, I was taken to the Healthcare unit & sent to the free world for about a week due to my injuries. There was no security on this post (D-dorm) & this incident would've been prevented had there been someone on post.

4

III. PARTIES.

A. Plaintiff (Your name/AIS): Adam Tyrone Davis 211952 (K-57)

Your present address: Holman 3700 Atmore Al 36503

B. Defendant(s):

1. Defendant (full name) Cynthia Stewart is employed as Warden III at Holman.

   His/her present address is _____.

   (a) Claim against this defendant: Lack of Security

   (b) Supporting facts (Include date/location of incident):

   On the morning of Aug 31, 2019 I was involved in an altercation here at Holman inside of D-dorm where I recieved several stab wounds to the head, ear, neck, thigh, & there wasn't any security in the dorm to prevent this happening.

2. Defendant (full name) Terry Raybon is employed as Warden II at Holman.

   His/her present address is _____.

   (a) Claim against this defendant: Lack of Security

   (b) Supporting facts (Include date/location of incident):

   On the morning of Aug 31, 2019, I was involved in an altercation here at Holman inside of D-dorm where I recieved several stab wounds to the head, ear, neck, thigh, & there wasn't any security present in the dorm to prevent this happening.

3. Defendant (full name) Phillip Mitchell is employed as Warden I at Holman.

   His/her present address is _____.

5

(C) Additional Defendants

Defendant full name Sandra Dailey
is employed as (Lt.)    at Holman Correctional Facility
His/her present address is
(A) claim against this defendant: Lack of Security

(B) supporting Facts (Include date / location of incident)

On the morning of August 31, 2019 Lt. Sandra Dailey failed to make sure the C/o's where on their post or if these posts were secured. There hadn't been a C/o in D-dorm other than to count on the 30th of August & we'd yet to have seen one at the time of the stabbing. She's the shift supervisor as it was her job to make sure all post were secure.

Defendant (full name) Curtis Thompkins is employed as C/O at Holman Correctional Facility

His/her present address is

(a) claim against this defendant: Breach of Security

(B) supporting Facts (Include date/location of incident)

On the night of August 30, 2019 C/o Curtis Thompkins was assigned to be the rover of D-dorm. After the headcount of D-dorm C/o Curtis Thompkins left his post never to return until another count was due but from that moment on no security. Had he been on his post his presence alone would've eliminated the altercation.

Defendant full name Michael Banks
is employed as Lt at Holman Correctional Facility
His/her present address is

(a) Claim against this defendant: Lack of Security

(B) Supporting Facts (Include date/location of incident)

On August 30, 2019 Mr. Michael Banks was an assigned Supervisor along with one Sandra Dailey. On the morning of August 31, 2019 before the shift could change or inmates be fed I inmate Adam Davis was stabbed 2 times in the head, 2 in the ear, once in the neck, once in the thigh, ? once in the shoulder. Had they made their rounds properly then security would'n been on his/her assigned post ? ~~~~~~ eliminated the incident.

Defendant (full name) Zachary Hard is employed as C/O at Holman Correctional Facility
His/Her present address is
Claim against this defendant? ~~____~~ Breach of Security

(B) Supporting Facts (Include date/location of incident)

On the date of August 30, 2019 night shift Zachary Hard was on duty. but between the hours of 1800 on August 30, 2019 until 02:45 on August 31, 2019 C/O Hard as well as C/O's Thompkin, Craft, Bennett, & C/O Pickett had only been inside D-dorm to count. Either C/O's presence in D-dorm would've ~~____~~ eliminated the incident.

Defendant Tracy Craft is employed as a C/O at Holman Correctional Facility

His present address:

(a) Claim against this defendant: Breach of Security

(B) Supporting facts (Include date/location of incident)

On the date of August 30, 2019 There was no rover present in D-dorm, between the hours of 1800 to an est of 2:45 D-dorm was w/out a rover, other than to do the head count. The presence of any C/o assigned to night shift on Aug 30, 2019 could've elminated the incident of me being stabbed on the morning of August 31, 2019. These C/o's being

1) Zachary Nard
2) Tracy Craft
3) Curtis Thompking
4) Hasheem Bennett
5) Kevin Pickett

(a) Claim against this defendant: Lack of Security

(b) Supporting facts (Include date/location of incident):
On the morning of August 31, 2019 I was involved in an altercation here at Holman inside D-dorm where I recieved several stab wounds to th head, ear, neck & thigh, there wasn't any security present to prevent this from happening.

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Murder during Robbery

2. When were you convicted? Feb 1st 2007

3. What is the term of your sentence? LWOP

4. When did you start serving this sentence? Feb 1st 2007

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No (X)

If so, complete the following:

(a) Date of conviction: N/A

(b) Term of sentence: N/A

6. What is your expected end of sentence (E.O.S.) date? N/A

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

5

Writ of habeas yes( ) no(✓)     yes( ) no(✓)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: ___N/A___

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):
If won I'd like for the Court to award me a finicial amount for my pain & injuries I recieved.

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12-17-19
Date

(Signature of Plaintiff Under Penalty of Perjury)

Holman 3700
Current Mailing Address

Atmore, Al 36503

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G. RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

Adam Tyrone Davis 21150
W.C. Holman
Holman 3700
Atmore, Al 36503






"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

U.S. Southern District Court
155 St Joseph St
Mobile, Al
36602