IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ADAM TYRONE DAVIS,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 19-01126-KD-B** |
| **CYNTHIA STEWART,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R) (doc. 14) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendants Zachary Hard, Tracy Craft, Hasheem Bennett, and Kevin Pickett are **DISMISSED** without prejudice from this action, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief may be granted and Plaintiff is granted leave to amend his claims against these Defendants to state a plausible claim against them based on the incident giving rise to this lawsuit.

**DONE** and **ORDERED** this 17th day of September 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE