# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ADAM TYRONE DAVIS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 19-01126-KD-B |
| **CYNTHIA STEWART,** *et al.,* | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been made, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R) (doc. 16) is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's "Motion for Orders" (doc. 15) is **DENIED**.

**DONE** and **ORDERED** this 17th day of September 2020.

s/ Kristi K. DuBose<br>
KRISTI K. DuBOSE<br>
CHIEF UNITED STATES DISTRICT JUDGE