```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
         SOUTHERN DIVISION
```

ADAM TYRONE DAVIS, # 211952,  *
                              *
    Plaintiff,             *
                              *
vs.                           * CIVIL ACTION NO. 19-01126-KD-B
                              *
CYNTHIA STEWART, *et al.*,    *
                              *
    Defendants.           *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 18, 2022 (Doc. 98) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant Hasheem Bennett be **DISMISSED without prejudice** for lack of service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk is directed to terminate Bennett as a Defendant in this action.

DONE and ORDERED this 16th day of May 2022.

                                                                s/ Kristi K. DuBose
                                                                 **KRISTI K. DuBOSE**
                                                                 **UNITED STATES DISTRICT JUDGE**